CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 18 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **CLIFFORD CRAIG CROUSE,** ) | |
| Petitioner, ) | Civil Action No. 7:06-CV-00020 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **UNITED STATES OF AMERICA** ) | By: Hon. James C. Turk |
| Respondent. ) | Senior United States District Judge |

This action brought pursuant to 28 U.S.C. § 2255 is before the court upon a motion to dismiss and petitioner's response thereto. In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that respondent's motion to dismiss petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is hereby **GRANTED** as petitioner's claims fail to overcome his valid plea and § 2255 waiver; and this action is hereby stricken from the active docket of the court.

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and to counsel of record for respondent.

ENTER: This 18th day of July, 2006.

_/s/ James C. Turk_
Senior United States District Judge